Ranojoy Guha (SBN 315968)
**THE GUHA LAW FIRM**
raj@guhalaw.com
1100 Town and Country Road,
Suite 1250
Orange, CA 92868
(310) 564-6041

Jonathan A. Weinman (SBN 256553)
**LAW OFFICES OF JONATHAN A. WEINMAN, APC**
jweinman@bwcounsel.com
3780 Kilroy Airport Way, Suite 200
Long Beach, CA 90806
(213) 200-2596

Attorneys for Plaintiff,
VANESSA LEAVITT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA LEAVITT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WHITE PINE COUNTY, a political subdivision of the State of Nevada; WHITE PINE COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; RICK ASHBY, an individual; ANTHONY SIFRE, an individual; MELVIN LACKEY, an individual; and Does 1-25,<br><br>Defendants. | Case No.:   3:24-cv-0 0445-MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL**<br>**(First Request)** |

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL

Pursuant to Local Rules LR IA 6-1, 6-2, and 7-1, Plaintiff VANESSA LEAVITT ("PLAINTIFF" or "Ms. LEAVITT"); Defendants RICK ASHBY ("Mr. ASHBY"), ANTHONY SIFRE ("Mr. SIFRE"), and MELVIN LACKEY ("Mr. LACKEY") (together, the "Individual Defendants"); and Defendant WHITE PINE COUNTY (the "COUNTY") (collectively, the "Parties"), through their counsel of record, hereby stipulate to amend this Court's February 26, 2025 Minute Order (ECF # 44) (the "Minute Order") requiring the filing of a stipulation for dismissal of the Individual Defendants on or before March 12, 2025. This first requested extension is sought in good faith and not for the purposes of delay.

The Parties are forced to request this extension because, despite their collective good-faith efforts to comply with the Minute Order, counsel for Mr. ASHBY and Mr. LACKEY have been unable to deliver their settlement payments to PLAINTIFF as specified in the underlying Order regarding settlement issued by Judge Denney after the Early Neutral Evaluation (ECF # 36) (the "Settlement Order") held on February 18, 2025. Specifically, the settlement checks originally mailed by counsel for Mr. ASHBY and Mr. LACKEY on February 18, 2025 through the United States Postal Service ("USPS") have not yet been delivered and appear to have been lost or damaged in transit. However, shortly before the filing of the instant stipulation, counsel for Mr. ASHBY and Mr. LACKEY forwarded a United Parcel Service, Inc. ("UPS") tracking number confirming that new settlement checks for Mr. ASHBY and Mr. LACKEY have been reissued and were resent to counsel for PLAINTIFF today, March 12, 2025. In addition, while PLAINTIFF has received and deposited Mr. SIFRE's settlement check, those funds are not expected to clear until March 13, 2025.

Accordingly, the Parties respectfully request that the Court extend their deadline to file a Stipulation for dismissal of the Individual Defendants by seven (7) days, until **March 19, 2025**.

DATED: March 12, 2025          Respectfully submitted,

By /s/ Ranojoy Guha

Ranojoy Guha
**THE GUHA LAW FIRM**

Jonathan A. Weinman
**LAW OFFICES OF JONATHAN A. WEINMAN, APC**

*Attorneys for Plaintiff VANESSA LEAVITT*

By /s/Rebecca Bruch

REBECCA BRUCH, ESQ.
**LEMONS, GRUNDY & EISENBERG**

*Attorneys for Defendant ANTHONY SIFRE*

By /s/ Tabetha J. Steinberg

TABETHA J. STEINBERG, ESQ.
**MARQUIS AURBACH**

*Attorneys for Defendant RICK ASHBY and MELVIN LACKEY*

**IT IS SO ORDERED:**

DATED: March 13, 2025

_____
UNITED STATES DISTRICT JUDGE