1  **Marquis Aurbach**
2  Brian R. Hardy, Esq.
   Nevada Bar No. 10068
3  Tabetha J. Steinberg, Esq.
   Nevada Bar No. 16756
4  10001 Park Run Drive
   Las Vegas, Nevada 89145
5  Telephone: (702) 382-0711
   Facsimile: (702) 382-5816
6  bhardy@maclaw.com
   tsteinberg@maclaw.com
7  *Attorneys for Defendants*
   *RICK ASHBY and MELVIN LACKEY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA LEAVITT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WHITE PINE COUNTY, a political subdivision of the State of Nevada; WHITE PINE COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; RICK ASHBY, an individual; ANTHONY SIFRE, an individual; MELVIN LACKEY, an individual; and DOES 1-25,<br><br>Defendants. | Case Number: 3:24-cv-00445-MMD-CLB<br><br>**ORDER GRANTING**<br>**JOINT STIPULATION AND ORDER**<br>**TO DISMISS RICK ASHBY, MELVIN**<br>**LACKEY, AND ANTHONY SIFRE**<br>**WITH PREJUDICE AND REMOVAL**<br>**OF PARTIES FROM CAPTION** |

Plaintiff VANESSA LEAVITT ("Plaintiff"), by and through her counsel of record, the law firm of The Guha Law Firm, Law Offices of Jonathan A. Weinman, APC, and Woolridge Law Ltd., Defendants RICK ASHBY ("Ashby") and MELVIN LACKEY ("Lackey"), by and through their counsel of record, the law firm of Marquis Aurbach, and Defendants WHITE PINE COUNTY (the "County"), WHITE PINE COUNTY SHERIFF'S OFFICE (the "Sheriff's Office"), and ANTHONY SIFRE ("Sifre"), by and through their counsel of record, the law firm of Lemons, Grundy, & Eisenberg (Plaintiff and Defendants, collectively referred to as "Parties"), hereby stipulate that:

MAC: 11779-216 (#5772324.1) 3/17/2025 3:25 PM

1.  Any and all claims against Defendants Ashby, Lackey, and Sifre, only, (collectively "Individual Defendants") in the above-referenced action shall be dismissed *with prejudice*;

2.  The Individual Defendants shall bear their own attorney fees and costs; and

3.  The Individual Defendants shall be removed as parties to this case from the caption and e-service list.

IT IS SO STIPULATED.

Dated this 17th day of March, 2025.

| Respectfully submitted by: | Approved as to form and content: |
|---|---|
| MARQUIS AURBACH | WOOLDRIDGE LAW LTD |
| By: */s/ Tabetha J. Steinberg*<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 8996<br>Tabetha J. Steinberg, Esq.<br>Nevada Bar No. 16756<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants Rick Ashby and Melvin Lackey | By: */s/ Ranojoy Guha*<br>Nicholas Wooldridge, Esq.<br>Nevada Bar No. 8732<br>400 S. 7th Street, Suite 400<br>Las Vegas, Nevada 89101<br>Ranojoy Guha, Esq. (Admitted Pro Hac Vice)<br>Jonathan A. Weinman, Esq. (Admitted Pro Hac Vice)<br>Attorneys for Plaintiff Vanessa Leavitt |

Approved as to form and content:

LEMONS GRUNDY & EISENBERG

By: */s/ Rebecca Bruch*
Rebecca Bruch, Esq.
Nevada Bar No. 7289
6005 Plumas Street, 3rd Floor
Reno, Nevada 89519
Attorneys for Defendants White Pine County, White Pine County's Sheriff's Office, and Anthony Sifre

## ORDER

IT IS ORDERED.

Dated this <u>18th</u> day of March, 2025.

_____
United States District Judge

MAC: 11779-216 (#5772324.1) 3/17/2025 3:25 PM